ry Jacobs, as administrator, etc., against the H. J. Koehler Sporting Goods Company.

PER CURIAM. Judgment and order affirmed, with costs, upon the authority of Jacobs v. Koehler Sporting Goods Co., 147 App. Div. 907, 131 N. Y. Supp. 1121, and also upon the authority of Simkoff v. Lehigh Valley R. R. Co., 190 N. Y. 256, 83 N. E. 15, Marius v. Motor Delivery Co., 146 App. Div. 608, 131 N. Y. Supp. 357, and Ardolino v. Reinhardt, 130 App. Div. 119, 114 N. Y. Supp. 508.

BURR, J., dissents.

---

JAMES et al., Respondents, v. BEDELL et al., Appellants. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by George Henry James and others against Phebe E. Bedell and others. No opinion. Interlocutory judgment affirmed, with costs.

---

JAMES EVERARD'S BREWERIES, Appellant, v. CUSICK et al., Respondents. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by James Everard's Breweries against Patrick F. Cusick and others. D. M. Neuberger, of New York City, for appellant. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

JAMES EVERARD'S BREWERIES, Appellant, v. McGOVERN et al., Respondents. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by James Everard's Breweries against Michael McGovern and others. D. M. Neuberger, of New York City, for appellant. B. H. Stern, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

JESSUP v. PLATT. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Henry W. Jessup against Edward T. Platt, as treasurer, etc. No opinion. Application denied, with $10 costs. Order signed.

---

In re JONES. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) In the matter of the application of Thomas Catesby Jones for admission to the bar. No opinion. Application granted.

---

JOSEPH, Respondent, v. HERZIG, Appellant. (Supreme Court, Appellate Division, First Department. October 18, 1912.) Action by Jeanette H. Joseph against Irwin M. Herzig. A. G. Meyer, of New York City, for appellant. W. F. Severance, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion granted, on payment of taxable costs of action to date. Order filed.

---

JOSEPH, Appellant, v. WEISS et al., Respondents. (Supreme Court, Appellate Division, Second Department. November 15, 1912.) Action by Fannie Joseph against Aaron Weiss and another. No opinion. Orders affirmed, with $10 costs and disbursements.

---

JUSSILA, Appellant, v. JUSSILA, Respondent. (Supreme Court, Appellate Division, Second Department. September 10, 1912.) Action by Katie Jussila against John Jussila.

PER CURIAM. Judgment reversed, and new trial granted, costs to abide the final award of costs, upon the ground that the plaintiff's evidence shows prima facie that a partnership was formed and business done thereunder.

---

KAIN, Appellant, v. ERIE R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. October 18, 1912.) Action by William H. Kain against the Erie Railroad Company. No opinion. Motion granted, with costs.

---

KAMAIKY et al., Appellants, v. SHELDON, Respondent. (Supreme Court, Appellate Division, First Department. November 8, 1912.) Action by Leon Kamaiky and another against George R. Sheldon, as treasurer, etc. J. R Schiff, of New York City, for appellants. W N. Cohen, of New York City, for respondent No opinion. Judgment affirmed, with costs Order filed.

---

KATONA v. SCHOCK. (Supreme Court Appellate Division, First Department. November 1, 1912.) Action by John Katona against Gustav Schock. No opinion. Motion granted, with $10 costs. Order filed.

---

In re KAUFMAN. (Supreme Court, Appellate Division, Second Department. October 29 1912.) In the matter of the application o Maurice Kaufman for the determination o the sufficiency of the alleged independent cer tificate of nomination of John O. Nelson, for Representative in Congress from the Tenth Congressional District, Kings County. From an order, the Board of Elections of the City of New York appeals.

PER CURIAM. Order of the County Cour of Kings County modified, without costs, by directing the board of elections not to prin the name of John O. Nelson under the desig nation "Independent Progressive," but to prin such name under such other designation a may be chosen by the signers of his certifi cate, and, upon their failure to choose anothe designation, to select one for them.

---

KELLER, Respondent, v. HALSEY et al. Appellants. (Supreme Court, Appellate Divi sion, First Department. November 8, 1912. Action by William B. Keller against Chas. D Halsey and others. W. M. K. Olcott, of New York City, for appellants. O. Horwitz, of New York City, for respondent. No opinion. Judg ment and order affirmed, with costs. Orde filed. See, also, 136 App. Div. 940, 121 N. Y Supp. 1137.